UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM L HARRIS,

        Plaintiff,

v.

CITY OF KENT, et al.,

        Defendants.

Case No. C20-1045 RSM-TLF

ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DISMISSING WITH PREJUDICE

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation;

(2) the Court GRANTS defendants' motion for summary judgment (Dkt. 104);

(3) the Court DENIES plaintiff's cross-motion for summary judgment (Dkt. 109);

(4) the Court DENIES plaintiff's motion for leave to file a surreply (Dkt. 112);

(5) the Court DENIES plaintiff's motion to compel disclosure (Dkt. 113) as moot;

(6) plaintiff's claims are DISMISSED with prejudice; and

ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DISMISSING WITH PREJUDICE - 1

(7) the Clerk is directed to send a copy of this Order to the parties in this litigation.

DATED this 29th day of March, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DISMISSING WITH PREJUDICE - 2